UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH RUTH,<br>Plaintiff,<br>v.<br>ACADEMY OF ART UNIVERSITY OF SAN FRANCISCO,<br>Defendant. | No. 2:26-cv-01130-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 4) |

Plaintiff initiated this civil action by filing a complaint on March 26, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On April 22, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to allege a cognizable claim for relief. (Doc. No. 3 at 3–6.) Accordingly, the magistrate judge directed plaintiff to file an amended complaint within thirty (30) days of the service of that order curing the noted pleading deficiencies and warned plaintiff that the failure to do so could result in a recommendation that this action be dismissed. (*Id*. at 6.) Although plaintiff was served with that order at his address of record, he did not file an amended complaint within the time provided nor did he otherwise communicate with the court.

Accordingly, on April 30, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a claim and that the dismissal be without leave to amend in light of plaintiff's failure to file an amended complaint when allowed to do so, thus indicating futility of amendment. (Doc. No. 4. at 2–3.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued June 4, 2026, are adopted in full;
2. Plaintiff's complaint is dismissed without leave to amend for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that both the April 22, 2026 order and the pending findings and recommendations served on plaintiff at his address of record were returned to the court by the U.S. Postal Service marked as "undeliverable, unable to forward, return to sender." Thus, it also appears that plaintiff has failed to keep the court apprised of his current address as required by the Local Rules of this court.